UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICKY AL GAITHER, )
       Plaintiff, )
)  **JUDGMENT IN A CIVIL CASE**
v. )  **CASE NO. 5:12-CV-285-BO**
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion for judgment on the pleadings is DENIED, Defendant's motion for judgment on the pleadings is GRANTED. The decision of the Administrative Law Judge is AFFIRMED.

**This Judgment Filed and Entered on May 9, 2013, and Copies To:**

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)

DATE                                            JULIE A. RICHARDS, CLERK
May 9, 2013                             /s/ Susan K. Edwards
                                                      (By) Susan K. Edwards, Deputy Clerk